IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ANDREW SPLATTSTOESSER, ET AL. § | |
| § | |
| PLAINTIFFS, § | |
| § | |
| V. § | CASE NO. 5-22-CV-00009-OLG-RBF |
| § | |
| FORT SAM HOUSTON FAMILY HOUSING, LP, § | |
| ET AL. § | |
| § | |
| DEFENDANTS § | |

## DEFENDANTS' NOTICE OF RESPONSE TO SETTLEMENT OFFER PURSUANT TO SCHEDULING ORDER

In accordance with the Court's Order requiring the submission of a response to Plaintiffs' settlement offer, the Court is advised that Defendants have responded to Plaintiffs' settlement offer, and made their own offer of settlement to the Plaintiffs in this case on today's date.

Respectfully submitted this the 14th day of November 2022.

By: /s/ Walter H. Boone
Walter H. Boone, MS Bar No. 8651
*(Admitted to W. D. of TX on 7/28/2020)*
Jennifer J. Skipper, State Bar No. 24076171
BALCH &BINGHAM LLP
188 East Capitol Street, Suite 1400
Jackson, MS 39201
Telephone: (601) 961-9900
Facsimile: (601) 961-4466
E-mail:    wboone@balch.com
           jskipper@balch.com

By: /s/ Julia W. Mann
Julia W. Mann, State Bar No. 00791171
Erica Benites Giese, State Bar No. 24036212
JACKSON WALKER LLP
112 E. Pecan Street, Suite 2400
San Antonio, Texas 782015
Telephone: 210-978-7761
Facsimile: 210-242-4646
E-Mail:    jmann@jw.com

17321605.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Randall A. Pulman, Esq.
Ryan C. Reed, Esq.
Matthew J. McGowan, Esq.
Sarah Jackson, Donahue, Esq.
PULMAN, CAPPUCIO, & PULLEN, LLP
2161 NW Military Highway, Suite 400
San Antonio, TX 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile
E-Mail: rpulman@pulmanlaw.com
rreed@pulmanlaw.com
mmcgowan@pulmanlaw.com
sdonahue@pulmanlaw.com

James R. Moriarty, Esq.
LAW OFFICES OF JAMES R. MORIARTY
4119 Montrose, Suite 250
Houston, TX 77006
(713) 528-0700 Telephone
(713) 528-1390 Facsimile
E-Mail: jim@moriarty.com

Francisco Guerra, IV
Jennifer Arlene Neal
Robert E. Brzezinksi
WATTS GUERRA, LLP
Four Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
(210) 477-0500
E-Mail: fguerra@wattsguerra.com
jneal@wattsguerra.com
rbrzezinski@wattsguerra.com

/s/ *Walter H. Boone*
Walter H. Boone, MS Bar No. 8651
*(Admitted to W. D. of TX on 7/28/2020)*

17321605.1