IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANDREW SPLATTSTOESSER, DEJSHA SPLATTSTOESSER, DEVIN SPLATTSTOESSER, NADINE SPLATTSTOESSER, JOSEPH BROWN, LISA BROWN, LAWANDA JENKINS, RASTRICK THOMAS, WANDA ALEX, JOSEF HOLBERT, JOE MELVIN-TYSON ULLOTH, MERLINE ULLOTH, JOE ULLOTH, JR., <br><br>*Plaintiffs*, <br><br>vs. <br><br>FORT SAM HOUSTON FAMILY HOUSING, LP, LINCOLN MILITARY HOUSING LLC, LINCOLN APARTMENT MANAGEMENT LIMITED PARTNERSHIP, LINCOLN BP MANAGEMENT, INC., LINCOLN PROPERTY COMPANY MANAGEMENT, INC., LINCOLN PROPERTY COMPANY NO. 2079 LIMITED PARTNERS, LINCOLN NO. 2079, INC., LINCOLN MILITARY FORT SAM LLC, AETC II PRIVATIZED HOUSING, LLC, AETC II PROPERTY MANAGERS, LLC, HUNT ELP, LTD. D/B/A HUNT MILITARY COMMUNITIES, LMH FT SAM PM, LLC, HUNT MH FORT SAM GP, LLC, <br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | 5-22-CV-00009-OLG-RBF |

## **ORDER IMPOSING STAY AND ADMINISTRATIVE CLOSURE**

Before the Court is the status of this case and Plaintiff's Motion to Stay, Dkt. No. 50, which the District Court referred pursuant to Western District of Texas Local Rule CV-72 and Appendix C. *See* Dkt. No. 34. The Court has determined in its discretion that the Motion to Stay, Dkt. No. 50, should be **GRANTED in part** and this case should be stayed.

**IT IS THEREFORE ORDERED THAT** all proceedings in this case are **STAYED** pending further order of the Court. Moreover, given the anticipated length of the stay, the Court concludes that this case is appropriate for administrative closure. *See Citi Financial Corp. v. Harrison*, 453 F.3d 245, 250 (5th Cir. 2006); *Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2004) (explaining how courts use this device to remove inactive cases from their pending dockets and "[t]he effect of an administrative closure is no different from a simple stay").

The Clerk's office is therefore **DIRECTED** to administratively close this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request by any party or on the Court's own motion. *See Mire*, 389 F.3d at 167. In addition, the parties may file documents and motions in the case despite the administrative closure.

**IT IS SO ORDERED.**

SIGNED this 6th day of October, 2023.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE