IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANDREW SPLATTSTOESSER, ET AL., | § § § § § § § § § § § § | |
| *Plaintiffs,* | | 5:22-CV-00009-OLG-RBF |
| vs. | | |
| FORT SAM HOUSTON FAMILY HOUSING, LP, ET AL., | | |
| *Defendants.* | | |

## ORDER SETTING STATUS CONFERENCE

Before the Court is the status of this case. **IT IS ORDERED** that this case is set for a status conference on **August 21, 2025, at 1:30 p.m.** All parties are required to appear by Zoom for the conference. The information to join the hearing is as follows:

**Join ZoomGov Meeting:** https://txwd-uscourts.zoomgov.com/j/1600078256

**Meeting ID:** 160 007 8256

The parties must check in, no later than 5 minutes before the start of the hearing, with the Courtroom Deputy.

The parties are encouraged to confer in earnest prior to the conference and should be prepared to discuss at the conference the status of this case as well as the related litigation in light of recent developments in the Fifth Circuit. If, after a conference, the parties jointly desire more time to confer before convening with the Court at the conference, they should file a joint motion requesting a reset of the conference and providing at least three proposed dates to reconvene.

**IT IS SO ORDERED.**

SIGNED this 30th day of July, 2025.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE